AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| BRAYAN IVAN GUAMAN CAYO, QUINTIL GARCIA RAMIREZ, WILLAN RICARDO CHAVEZ LIZANO and WILLIAM STALYN GUAMAN CAYO, individually and on behalf of all others similarly situated, <br> *Plaintiff(s)* <br> v. <br> ST MICHAEL GROUP INC and SAINT MICHAEL DEVELOPMENT AND MAINTENANCE LLC d/b/a MARINO MAINTENANCE and GERARDO MARINO, as an individual <br> *Defendant(s)* | Civil Action No. 25-cv-06115-TAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See attached Rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Helen F. Dalton & Associates, P.C.

Roman Avshalumov, Esq.

80-02 Kew Gardens Road, Suite 601

Kew Gardens, NY 11415

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 11/4/2025



*Shirley Mora*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**RIDER TO SUMMONS**

Civil Case No.: _____

FULL COMPLAINT CAPTION:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
BRAYAN IVAN GUAMAN CAYO, QUINTIL GARCIA RAMIREZ, WILLAN RICARDO CHAVEZ LIZANO and WILLIAM STALYN GUAMAN CAYO, individually and on behalf of all others similarly situated,

         Plaintiffs,

 -against-

ST MICHAEL GROUP INC and SAINT MICHAEL DEVELOPMENT AND MAINTENANCE LLC d/b/a MARINO MAINTENANCE and GERARDO MARINO, as an individual,

         Defendants.
-------------------------------------------------------------------------X

Civil Case No.:

**COLLECTIVE ACTION COMPLAINT**

*JURY TRIAL DEMANDED*

*Via Personal Service:*
**ST MICHAEL GROUP INC d/b/a MARINO MAINTENANCE**
60-35 55 Street, 3rd Floor, Maspeth, NY 113789

**SAINT MICHAEL DEVELOPMENT AND MAINTENANCE LLC d/b/a MARINO MAINTENANCE**
60-35 55 Street, 3rd Floor, Maspeth, NY 113789

**GERARDO MARINO**
60-35 55 Street, 3rd Floor, Maspeth, NY 113789

*Service via Secretary of State:*
**ST MICHAEL GROUP INC (DOS ID: 5233031)**
PO BOX 3065, Huntington Station, NY 11746

**SAINT MICHAEL DEVELOPMENT AND MAINTENANCE LLC (DOS ID: 511831)**
90 State Street, Ste 700, Office 40, Albany, NY 12207

1